upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

KEVIN GLASSMAN, Respondent, v PRO HEALTH AMBULATORY SURGERY CENTER, INC., et al., Appellants.

Submitted December 1, 2008; decided December 17, 2008

Motion by the New York State Association of Ambulatory Surgery Centers, Inc. for leave to file a memorandum of law amicus curiae on the motion for leave to appeal herein granted and the memorandum of law is accepted as filed.

KEVIN GLASSMAN, Respondent, v PRO HEALTH AMBULATORY SURGERY CENTER, INC., et al., Appellants.

Submitted November 3, 2008; decided December 17, 2008

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of the Claim of IFTIKHAR AHMAD KHAN, Appellant, v OMNE STAFFING, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted November 10, 2008; decided December 17, 2008

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 707 (2008)].

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANTE GRIFFIN, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents.

Submitted November 10, 2008; decided December 17, 2008